ALFRED PAYNE, an Infant, by LORETTA PAYNE, His Guardian ad Litem, and LORETTA PAYNE, Appellants, v. SYDNEY C. WEINSTEIN and IDA M. WEINSTEIN,

Respondents.— Order denying the plaintiffs' motion for a new trial on the ground of newly-discovered evidence and surprise reversed on the law and the facts, with costs, and motion granted. We are of opinion that, upon the record of the trial and the additional proof submitted by affidavits, justice requires that a new trial be granted. Hagarty, Carswell, Davis and Taylor, JJ., concur; Adel, J., dissents.